UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CARLOS CABALLERO,

    Plaintiff,

v.                                                                     CASE NO: 8:10-cv-680-T-23EAJ

AAA DIVERSIFIED SERVICES,
INC., et al.,

    Defendants.
_____/

## **O R D E R**

Pursuant to 28 U.S.C. § 636, the plaintiff's "motion to strike defendants' second and fifth affirmative defenses, general statement of fact, and request for attorney fees" (Doc. 10) was referred to the United States Magistrate Judge. On July 27, 2010, the Magistrate Judge issued a report (Doc. 16) recommending that the motion be granted in part. No party objects to the report, and the time for filing objections has expired. Accordingly, the Magistrate Judge's report and recommendation (Doc. 16) is **ADOPTED**, and the plaintiff's motion (Doc. 10) to strike is **GRANTED IN PART** and **DENIED IN PART**. Pursuant to Rule 12(f), Federal Rules of Civil Procedure, the defendants' second and fifth affirmative defenses (Doc. 6 at 6 and 7) are **STRICKEN**, and the defendants' "general statement of facts" in the answer (Doc. 6 at 1) is **STRICKEN**. The motion to strike (Doc. 10) is **DENIED** as to the request to strike the defendants' request for fees.

ORDERED in Tampa, Florida, on August 16, 2010.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE