UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CARLOS CABALLERO,

    Plaintiff,

v.                                                    CASE NO: 8:10-cv-680-T-23EAJ

AAA DIVERSIFIED SERVICES,
INC., et al.,

    Defendants.
_____/

## O R D E R

Pursuant to 28 U.S.C. § 636, the plaintiff's "Amended Motion for Payment of Costs of Personal Service" (Doc. 12) was referred to the United States Magistrate Judge. On July 27, 2010, the Magistrate Judge issued a report (Doc. 17) recommending that the motion be granted in part. No party objects to the report, and the time for filing objections has expired. Accordingly, the Magistrate Judge's report and recommendation (Doc. 17) is **ADOPTED**, and the plaintiff's motion (Doc. 12) for taxation of the cost of personal service is **GRANTED IN PART**. Pursuant to Rule 4(d)(2), Federal Rules of Civil Procedure, the plaintiff is entitled to an award of $675.00 in attorney fees at the conclusion of the case. (The assessment and payment of costs typically occur after judgment, rather than instantaneously and ad hoc throughout the litigation.)

ORDERED in Tampa, Florida, on August 16, 2010.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE